UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEST CARE NURSING SERVICES, INC.,

    Plaintiff,

                                          Case No. 09-14886

v.

ZURICH AMERICAN INSURANCE          Hon. John Corbett O'Meara
COMPANY and UNIVERSAL
UNDERWRITERS INSURANCE COMPANY,

    Defendants.
_____/

## ORDER SATISFYING
## ORDER TO SHOW CAUSE

The court issued an order to show cause on February 10, 2010, requesting that Defendants demonstrate that diversity jurisdiction is proper. Defendants filed a response on February 18, 2010, demonstrating that diversity jurisdiction exists and that the "direct action" provision of 28 U.S.C. § 1332(c)(1) does not destroy diversity here. Based upon Defendants' response, the court concludes that subject matter jurisdiction has been properly alleged and that the court's show cause order has been satisfied.

    **SO ORDERED.**

                                          s/John Corbett O'Meara
                                          United States District Judge

Date: March 16, 2010

    I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, March 16, 2010, using the ECF system and/or ordinary mail.

                                          s/William Barkholz
                                          Case Manager